FILED: September 23, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2133
(1:25-cv-00502-WO-JEP)

_____

In re: ANGELA RYAN

      Petitioner

_____

O R D E R

_____

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk